# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

__John McHugh__
Defendant.

NOTICE OF APPEARANCE

Docket Number :

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by __John McHugh__

the above named defendant.   I was admitted to practice in this district on _____.

Signature : _____

Print Name : ZACHARY MARGULIS-OHNUMA

Bar Code : ZM-4932

Office Address : 260 Madison Ave 17th fl.
New York NY 10016

Telephone # : 212-685-0999

*** NOTICE TO ATTORNEY***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.